DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA MERCEDES ARRUTI,**
Appellant,

v.

**HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND TRUST,**
Appellee.

No. 4D20-427

[February 25, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. 2017-CA-002370 (11).

Bruce K. Herman of the Herman Law Group, P.A., Fort Lauderdale, for appellant.

Ashland R. Medley of Ashland Medley Law, PLLC, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***